UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT NORTH CAROLINA

| IN RE: | CASE NO: |
|---|---|
| WILLIAMS, MARK P.<br>WILLIAMS, JEANMARIE | 08-03530-8-JRL |
| DEBTOR(S) | CHAPTER 7 |

## REPORT OF SMALL DIVIDENDS

The undersigned Trustee having concluded administration of the above estate, respectfully reports unto the Court:

That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have been submitted to the court as a result of distribution under $5.00 pursuant to Rule 3010(a), said checks being as follows:

| Claimant and Last Known Address | |
|---|---|
| Trans Air Drive Partners, LLC<br>c/o Bob Alexander<br>PO Box 3661<br>Cary, NC 27519 | 3.20 |
| **TOTAL** | **3.20** |

WHEREFORE, the undersigned Trustee desires to pay unto the Court said small dividend pursuant to Bankruptcy Rule 3010(a).

DATED:_November 19, 2009            */s/ Holmes P. Harden*
                                     Trustee